**In re Michael H. DITTON, Debtor.**

**Michael H. Ditton, Plaintiff–Appellant,**

v.

**Capital One Financial Corporation; Capital One Services, Incorporated; Bank of America NT & SA; Federal Home Loan Mortgage Corporation; Crestar Bank, Defendants–Appellees.**

No. 00–1428.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 6, 2001.

Decided Feb. 16, 2001.

Michael Henry Ditton, pro se. Donald Francis Lynch, III, James A. Murphy, Jr., Harris Lee Kay, LeClair Ryan, P.C., Richmond, VA; Cindra Myers Dowd, Glasser & Glasser, Norfolk, VA; C. Thomas Brown, Silver & Brown, Fairfax, VA, for appellees.

Before WIDENER, LUTTIG, and MICHAEL, Circuit Judges.

PER CURIAM.

Michael H. Ditton appeals from the district court's order affirming the bankruptcy court's orders granting summary judgment in favor of the Defendants in this adversary proceeding. We have reviewed the record and the opinions below and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Ditton v. Bank of America,* Nos. CA–99–1745–A; BK–98–10301 (E.D.Va. Feb. 29, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*